**DENY; and Opinion Filed May 2, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00444-CV

### IN RE TERRENCE MARK GORE, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF12-12707-U**

## MEMORANDUM OPINION
Before Justices Fillmore, Whitehill, and Boatright
Opinion by Justice Fillmore

Before the Court is relator's April 28, 2017 petition for writ of mandamus in which he complains of the trial court's order granting real party in interest's motion to expunge lis pendens. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

170444F.P05